IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff | * * * |
| vs. | * Case No. 00CR048-26 (JAF) |
| EDWIN PIZARRO-RODRIGUEZ, Defendant | * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*****ORDER*****

Upon petition of the U.S. Probation Officer and as agreed to by the releasee, the supervised release conditions imposed on April 5, 2001, are modified as follows:

"**The defendant shall be placed in home detention and comply with the conditions of the Home Confinement Program for a period of 3 months. During this period of time, the defendant shall remain at his place of residence at all times except as provided by the Home Detention policies established by the Probation Office of the Court. The defendant shall maintain a telephone at his place of residence without "call forwarding", a modem, "caller id", "call waiting" or portable cordless telephones for the above period, and wear an electronic monitoring device following the electronic monitoring procedures specified by the Probation Officer. In addition, the defendant shall allow the Probation Officer immediate access to his house for supervision purposes, and will earn leave according to the Home Confinement Program policies.** "

**IT IS SO ORDERED**

**In San Juan, Puerto Rico, this 8th day of June 2005.**

S/ José Antonio Fusté
Jose A. Fusté, Chief
U.S. District Judge