IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    vs.                                      CASE. NO. 3:00CR00048-026 (JAF)

EDWIN PIZARRO-RODRIGUEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER TO SHOW CAUSE

Upon petition of MIGUEL A. ARROYO-DOMENECH, U.S. PROBATION OFFICER of this Court, alleging that releasee, Edwin Pizarro-Rodríguez, has failed to comply with his conditions of release, it is ORDERED that a warrant for releasee's arrest be issued so that he appear before this Court on _____ 2005 at _____, for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for releasee's arrest, and provide defense counsel and counsel for the government with copy of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this      day of July 2005.

                                                                                                                   _____
                                                                                                                   HON. JOSE A. FUSTE, CHIEF
                                                                                                                   U.S. DISTRICT JUDGE