# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                 DATE: August 5, 2005

HONORABLE GUSTAVO A. GELPI, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR. 00-048-26 (JAF)

===============================================================

United States of America            ATTORNEYS:

Plaintiff

vs.

Edwin Pizarro-Rodríguez             Carlos Vázquez, FPD

Defendant(s)
===============================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. José A. Fusté, Chief U.S. District Judge on July 29, 2005.

Defendant was advised of his rights and charges and was informed that the Revocation Hearing will be set before the District Judge, and parties will be advised of the setting.

The Federal Public Defender is appointed in this case.

                              s/ Sarah V. Ramón
                              Sarah V. Ramón, Deputy Clerk

***It is noted that the defendant was assisted by Carlos Vázquez, Federal Public Defender***