IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Edwin Pizarro-Rodríguez<br><br>Defendant(s) | CASE NO. CR.00-0048-26 (JAF) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   August 5, 2005 _____

                                                FRANCES RIOS DE MORAN
                                              Clerk of the Court

                                              By: s/Sarah V. Ramón
                                                Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
      USM
      USPO
      FPD