**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v<br><br>EDWIN PIZARRO-RODRIGUEZ<br>    Defendant. | CRIMINAL NO.  00-048-26(JAF) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Edwin Pizarro-Rodriguez.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated from the case for electronic filing purposes.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 8th day of August of 2005.

    **JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico**

    *S/Víctor González-Bothwell*
**Víctor González-Bothwell
USDC-PR 219707
AFPD for Defendant
241 Franklin D. Roosevelt Avenue
San Juan, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail :** Victor González@fd.org