IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>    v.<br><br>**EDWIN PIZARRO-RODRIGUEZ**<br>    Defendant | Criminal No. 00-048-26(JAF) |

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Edwin Pizarro-Rodríguez, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on August 23, 2005, entered on docket on September 16, 2005, by the Hon. José A. Fusté, United States District Judge for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of September, 2005.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

S/VICTOR GONZALEZ-BOTHWELL
Assistant Federal Public Defender
USDC - PR 219707
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899

Criminal No. 00-048-26(JAF)                                                                                       2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Sonia Torres.

]   In San Juan, Puerto Rico, this 20th day of September, 2005.

 

**S/Víctor González-Bothwell**
**Victor González-Bothwell**
Assistant Federal Public Defender
USDC - PR 219707
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No.  (787) 281-4922