UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**     \*
                                 \*
Vs.                              \*     00-CR-00048-026 (JAF)
                                 \*
**PIZARRO-RODRIGUEZ, EDWIN**     \*
                                 \*
---------------------------------\*

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 28, 2005.

                                           **FRANCES RIOS DE MORAN**
                                           Clerk of the Court

                                           By: Janis Palma
                                           Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____