UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** October 12, 2005

**DC #:** 00-048 (JAF)

**APPEAL FEE PAID:**   YES ____   NO __X__

**CASE CAPTION:**   USA   v.   Zaetón-Pabón
                    Defendant:   Edwin Pizarro-Rodríguez (26)

**IN FORMA PAUPERIS:**   YES __X__   NO ____

**MOTIONS PENDING:**   YES ____   NO __X__

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Revocation Judgment entered on 09/16/05

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   40,352,360,483,484,910,911,913,915, 917,918,920,925,931,934 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk