# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

**DATE:** July 21, 2006

**DC #:** 00-048 (JAF)

**USCA #:** 05-2575

**CASE CAPTION:**   USA   v.   Zaetón-Pabón
   Defendant:   Edwin Pizarro-Rodríguez (26)

**SPECIAL COMMENTS:**   Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                           **VOLUMES:**

**Docket Entry   967   (Transcript)**                                                                           I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                                                      FRANCES RIOS DE MORAN
                                                                      Clerk of the Court


                                                                      S/ Xiomara Muñiz
                                                                      Xiomara Muñiz
                                                                      Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:         _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk