AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__JUDICIAL__ District of __PUERTO RICO__

UNITED STATES OF AMERICA

V.

**Edwin PIZARRO-RODRIGUEZ**
Residencial Nemesio Canales
Edif. 27, Apt. 520, Hato Rey, PR

**WARRANT FOR ARREST**

Case   00 CR 048-26 (JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Edwin PIZARRO-RODRIGUEZ__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release

in violation of Title _____ United States Code, Section(s) _____

JOSE A. FUSTE
Name of Issuing Officer

Signature of Issuing Officer   By: Janet González, Deputy Clerk

CHIEF, UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

July 29, 2005 at Hato Rey, Puerto Rico
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/1/2005 | Militza Santos Rolón | Militza Santos |
| DATE OF ARREST 08/5/2005 | Task Force Agent | |